Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

Civil_____ Division

Teresita Watkins
502 Wheatley Drive
Easton,MD 21601

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**-v-**

U.S. Department of Justice
5107 Leesburg Pike, Suite 1800
Falls Church, VA 22041

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

Case: 1:23−cv−00766 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 3/17/2023
Description: Employ Discrim. (H−DECK)

_____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Teresita Watkins |
| Street Address | 502 Wheatley Drive |
| City and County | Easton |
| State and Zip Code | Maryland, 21601 |
| Telephone Number | 443-826-0866 |
| E-mail Address | wterri680@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

RECEIVED

MAR  17  2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Martin Jones |
| Job or Title *(if known)* | Supervisor |
| Street Address | 5107 Leesburg Pike, Suite 2200, |
| City and County | Fall Church |
| State and Zip Code | VA, 22041 |
| Telephone Number | 703-605- |
| E-mail Address *(if known)* | Martin.Jones@usdoj.gov |

Defendant No. 2

| | |
|---|---|
| Name | Aretha Ballen |
| Job or Title *(if known)* | Supervisor |
| Street Address | 5107 Leesburg Pike, Suite 2200 |
| City and County | Falls Church |
| State and Zip Code | VA, 22041 |
| Telephone Number | 703-605- |
| E-mail Address *(if known)* | Aretha.Ballen@usdoj.gov |

Defendant No. 3

| | |
|---|---|
| Name | Aysha Savage |
| Job or Title *(if known)* | Management |
| Street Address | 5107 Leesburg Pike, Suite 2200 |
| City and County | Falls Church |
| State and Zip Code | VA, 22041 |
| Telephone Number | 703-605- |
| E-mail Address *(if known)* | Aysha.Savage@usdoj.gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations of Federal Laws

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff,  *(name)*  Teresita Watkins                           , is a citizen of the State of *(name)*  Maryland                           .

b.      If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant,  *(name)*  Martin Jones, Aretha Ballen, Aysha Savage   , is a citizen of the State of *(name)*   United States                   . Or is a citizen of *(foreign nation)* _____ .

Page 3 of  5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Exceed $75,000
Punitive Damages
Pain and Suffering
Lost wages before and after retirement age.
Total $1,364.849

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The sterotype by age differences and unfair treatments, job related discriminations, intentional harsh retaliation and continuous intense mental harassments along with malicious harmful work environment. False allegations against me with threats to have me removed (fired) from my job. I was influenced, misguided and deceived to drop my retaliation claim. With the promise that each of my claims were going to be resolved. Instead the situations got worse, more intensed. Administrative Judge McEvoy, teleconference in 2019 recognized my claims. I'm able to provide evidence to support each claim. True statements, emails and testimonial from credible witnesses. For the facts of the matter. Years had passed without any resolution.
1. My discrimination claims falls under three claims, age, illnes and work related issues. I was repimanded for

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My circumstances of beinng unemployed has caused tremendous pain and suffering. I have lost everything I have worked for. Over twenty four years of federal service. I was force to retired in 2019, because of the threats of lossing my job and needing the money from my retirement savings to survive. With all of the stress of the unbearable harassments it was impossible to stay and perform my duties, with no help and no resolution offered. Currently I will be homeless again for the second time. I have had to move four times with family and friends. I'm not age eligible to receive a suitable income to survice. I no longer have life insurance as well as health insurance. I've contemplated on suicide. I loss my mother in 2018 as her caretaker. I had to also suffer the

I respectfully would like to request Judgement Relief:
Equal Status Acts 2000-2018  -  Title VII of the Civil Rights Act of 1964  -  Equal Pay Act of 1963
Age Discrimination Employment Act of 1967 - Civil Rights Act of 1991

| | |
|---|---|
| 1. Compensatory Damages: Back pay (GS-12/10) | $464.849 |
| 2. Punitive Damages: Malicious Intentional Continuous Unprofessional Conduct | $200.000 |
| 3. Pain and Suffering: Mental and Emotional Trauma, | $300.000 |
| 4. Futured Retirement Participated Age 65 Wages: Estimation 2020-2027 | $400.000 |

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              03/17/2023

Signature of Plaintiff       Teresita Watkins   *Teresita Watkins*

Printed Name of Plaintiff    Teresita Watkins   *Teresita Watkins*

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address